# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 19 MAP 2015
: 
        Appellant : Appeal from the Order of Lancaster County
: Court of Common Pleas, Criminal Division,
: at No. CP-36-CR-0005874-2013 dated
        v. : December 23, 2014
: 
: 
CLEONARD GEORGE GILBERT, :
: 
        Appellee :

## ORDER

**PER CURIAM**

    **AND NOW,** this 31st day of August, 2015, the Order of the Court of Common Pleas is hereby **AFFIRMED**.  See Commonwealth v. Hopkins, 117 A.3d 247 (Pa. 2015).